**Order entered December 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01493-CV

**MICHAEL GAY COOK, Appellant**

**V.**

**CAROLINE D. COOK, Appellee**

**On Appeal from the County Court at Law
Rockwall County, Texas
Trial Court Cause No. CI15-070**

## ORDER

Because the Court has been informed no trial court order setting a supersedeas bond can be located and no trial court hearing to determine the type of security appellant must post has been requested, we **DENY** appellant's December 10, 2015 motion to reduce supersedeas bond. *See* TEX. R. APP. P. 24.2(a)(2), 24.4.


/s/     CRAIG STODDART
        JUSTICE